O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDELL JOE,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ, Acting Warden,<br><br>Respondent. | Case No. 2:23-cv-10424-JLS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 27).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 29) have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///

///

///

///

1     IT IS THEREFORE ORDERED that Judgment be entered dismissing the
Petition in its entirety without prejudice for lack of jurisdiction or, alternatively,
dismissing only grounds two and three without prejudice for lack of jurisdiction and
dismissing ground one with prejudice as not cognizable.

DATED: November 4, 2024    _____
                                                    JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE

2