JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDELL JOE,<br><br>       Petitioner,<br><br>    v.<br><br>JASON SCHULTZ, Acting Warden,<br><br>       Respondent. | Case No. 2:23-cv-10424-JLS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed in its entirety without prejudice for lack of jurisdiction or, alternatively, dismissing only grounds two and three without prejudice for lack of jurisdiction and dismissing ground one with prejudice as not cognizable.

DATED: November 4, 2024

                                          JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE